```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
```

WHITNEY K. PROBY, a MINOR
BY and THROUGH HER MOTHER and
NEXT FRIEND, QUATINA L. PROBY                      PLAINTIFF(S)

VS                          CIVIL ACTION NO.: 5:11-cv-21-DCB-JMR

SHELTER GENERAL INSURANCE CO.                      DEFENDANT(S)

## ORDER

This cause is before the Court on Plaintiff's Motion to Dismiss without prejudice [**docket entry no. 8**], which the Defendant does not oppose [docket entry no. 10]. Having considered said Motion, applicable statutory and case law, and being otherwise fully advised in the premises, the Court finds the Plaintiff's Motion is well-taken and should be granted.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion to Dismiss [**docket entry no. 8**] is **GRANTED.**

**SO ORDERED,** this the 2nd day of February, 2012.

                             /s/ David Bramlette
                             UNITED STATES DISTRICT JUDGE